# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SHAW, | No. 2:24-cv-2589-DMC |
| Plaintiff, | |
| v. | ORDER |
| CITY OF PORTOLA, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action. The action was removed to this Court on September 9, 2025. See ECF No. 1.

Pursuant to Appendix A to the Court's local rules, this matter has not been assigned to a District Judge. On September 9, 2025, the Court issued an initial scheduling order for cases assigned to a Magistrate Judge only under Appendix A. See ECF No. 3. In that order, the Court advised the parties of the availability of consent to a Magistrate Judge for all purposes, including entry of final judgment, and directed the parties to submit consent election forms within 14 days after the date the action was removed. See id. at 1-2. The order further provided: "Because a consent designation assists the court in determining how the action would be administratively processed, the parties are instructed to make their election promptly and notify the Clerk of the Court as soon as practicable." Id. at 1.

/ / /

1

Here, more than 14 days have passed since the action was filed, and, to date, all parties have not informed the Court regarding consent to proceed before a Magistrate Judge. Parties who have not filed their consent election form will be directed to show cause why appropriate sanctions should not be imposed for failure to comply with the Court's September 9, 2025, order. The filing of a consent election form within the time provided herein shall constitute an adequate response to this order to show cause.

Accordingly, IT IS HEREBY ORDERED that parties who have not filed their consent election form shall show cause in writing within 30 days why sanctions should not be imposed for failure to comply with the Court's September 9, 2025, order.

Dated:  January 14, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE