**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASON SHAW, | No.  2:25-cv-2589-DMC |
| Plaintiff, | |
| v. | ORDER |
| CITY OF PORTOLA, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this civil action.  The action was removed to this Court on September 9, 2025.  See ECF No. 1.

On January 15, 2026, the Court directed parties who had not submitted a consent election form within the time permitted by the Court's September 9, 2025, order to show cause in writing within 30 days why sanctions should not be imposed.  See ECF No. 9.  To date, no responses to the order to show cause have been filed.  This matter will, therefore, be set for a hearing at which time any party who has not yet submitted a consent election form shall explain to the Court why a consent election form was not timely submitted pursuant to the September 9, 2025, order, and why no response to the January 15, 2026, order was submitted.  The submission of a consent election form prior to the hearing shall constitute an adequate response to the January 15, 2026, order to show cause and will result in the hearing being vacated.

/ / /

1

Accordingly, IT IS HEREBY ORDERED that this matter is set for an order to show cause hearing before the undersigned on May 20, 2026, at 10:00 a.m., via Zoom.

Dated:  April 21, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE