**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

JASON SHAW,

       Plaintiff,

       v.

CITY OF PORTOLA,

       Defendant.

No.  2:25-cv-2589-DMC

ORDER

Plaintiff, who is proceeding with retained counsel, brings this civil action.  On January 15, 2026, and April 22, 2026, the Court directed Plaintiff to show cause why sanctions should not be imposed for failure to comply with the Court's September 9, 2025, order regarding submission of consent election forms.  See ECF Nos. 9 and 10.  The parties appeared for a hearing before the undersigned on May 20, 2026.  Following the hearing, Plaintiff timely submitted a consent election form on May 26, 2026.  See ECF No. 12.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Given Plaintiff's compliance and based on counsel's explanation for earlier non-compliance, the orders to show cause are hereby discharged.

IT IS SO ORDERED.

Dated:  June 10, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2