# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON SHAW,

     Plaintiff,

     v.

CITY OF PORTOLA,

     Defendant.

No.  2:25-cv-2589-DMC

ORDER

Plaintiff, who is proceeding with retained counsel, brings this civil action.  The matter is set for an initial status/scheduling conference before the undersigned on July 8, 2026, at 2:00 p.m., via Zoom.  On or before July 1, 2026, the parties shall meet and confer and file with the Court a joint scheduling conference statement consistent with Eastern District of California Local Rule 240(a).

IT IS SO ORDERED.

Dated:  June 10, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1