Trincy Lekshmanan, SBN 317401
Trincy Lekshmanan Attorney at Law, PC
1849 Willow Pass Rd., Ste. 211
Concord, CA 94520
Phone: (925) 862-3393
Email: trincy@tblattorney.com

Attorneys for Plaintiff
JASON SHAW

JACKSON LEWIS P.C.
MICHAEL J. CHRISTIAN (SBN 173727)
BALDEEP S. UPPAL (SBN 345527)
400 Capitol Mall, Suite 1600
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141
Email: Michael.Christian@jacksonlewis.com
Baldeep.Uppal@jacksonlewis.com

Attorneys for Defendant
CITY OF PORTOLA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SHAW, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF PORTOLA, a California Government Entity; DOES 1-50, INCLUSIVE,<br><br>Defendant. | CASE NO.: 2:25-CV-02589-DMC<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL AND CLARIFICATION OF CLAIMS**<br><br>State Court Case No.: CV25-00124<br>State Complaint Filed: June 9, 2025<br>Removal Filed: September 9, 2025<br>Trial Date: None Set |

Plaintiff Jason Shaw ("Plaintiff") and Defendant City of Portola ("Defendant") (collectively, the "Parties"), by and through their counsel of record, hereby respectfully submit this Joint Stipulation and [Proposed Order] for Dismissal and Clarification of Claims.

On June 9, 2025, Plaintiff filed a Complaint in the Plumas County Superior Court, Case No. CV25-00124 ("Complaint"). On September 8, 2025, Defendant filed an Answer to the Complaint

in state court. On September 9, 2025, Defendant removed this case to the United States District Court for the Eastern District of California, Case No. 2:25-CV-02589-DMC, pursuant to 28 U.S.C. sections 1441(a) and 1446, based on federal question jurisdiction (28 U.S.C. section 1331) (the "Action").

Defendant has met and conferred with Plaintiff regarding its objections to several of the purported Claims. Following that meet and confer, the Parties agreed as follows:

Plaintiff hereby dismisses the following Claims from this Action:

- Claim 6 – Wrongful Termination in Violation of Public Policy;
- Claim 8 – Failure to Comply with Post Termination Obligations;
- Claim 10 – Abuse of Power;
- Claim 11 – Intentional Infliction of Emotional Distress; and
- Claim for Punitive Damages.

The Parties stipulate that the Claims remaining in this Action are:

- Claim 1 – Disability Discrimination in Violation of California Government Code § 12940(a);
- Claim 2 – Failure to Prevent Discrimination in Violation of California Government Code §12940(k);
- Claim 3 – Failure to Accommodate Disability in Violation of California Government Code § 12990(m);
- Claim 4 – Failure to Conduct Interactive Process in Violation of California Government Code §12940(n);
- Claim 5 – Retaliation in Violation of California Government Code § 12940(h);
- Claim 7 – Disability Harassment/Hostile Work Environment in Violation of California Government Code §12940(j); and
- Claim 9 – Failure to Provide Cobra Information in violation of 29 U.S.C. 1166.

///

///

///

The Parties waive their cost and attorneys' fee as to the dismissed claims.

Dated: July 8, 2026

TRINCY LEKSHMANAN
ATTORNEY AT LAW, PC

By: /s/ Trincy Lekshmanan
TRINCY LEKSHMANAN

Attorneys for Plaintiff
JASON SHAW

Dated: July 9, 2026

JACKSON LEWIS P.C.

By: /s/ Michael J. Christian
MICHAEL J. CHRISTIAN
BALDEEP S. UPPAL

Attorneys for Defendant
CITY OF PORTOLA

## ORDER

**IT IS HEREBY ORDERED THAT** having considered the Parties' Joint Stipulation for Dismissal and Clarification of Claims in the above captioned matter, and finding good cause appearing therein, the Court hereby accepts the Parties confirmation of the claims at issue and confirms the dismissal of the following claims pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

- Claim 6 – Wrongful Termination in Violation of Public Policy;
- Claim 8 – Failure to Comply with Post Termination Obligations;
- Claim 10 – Abuse of Power;
- Claim 11 – Intentional Infliction of Emotional Distress; and
- Claim for Punitive Damages.

**IT IS SO ORDERED**

Dated: July 9, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE